# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:<br><br>**David Arthur Roth a/k/a Dave Roth**<br><br>**DEBTOR** | **CASE NO. 25-31993**<br><br>**CHAPTER 13** |

TO:  THE CLERK OF COURT AND ALL OTHER PARTIES IN INTEREST SPECIFIED IN LOCAL RULE 9013-3.

**PLEASE TAKE NOTICE** that Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Owner Trustee for CSMC 2019-NQM1 Trust, a Delaware statutory trust, by its undersigned attorney, hereby withdraws its Objection to Plan filed on August 18, 2025 as docket number 12.

Dated:  November 24, 2025.

> LOGS Legal Group LLP
> Attorneys for Movant
>
>
> By:  */s/ Tracy J. Halliday* _____
> Melissa L.B. Porter 0337778
> Tracy Halliday 034610X
> William M. Hennessey 0247145
> LOGS Legal Group LLP
> 1715 Yankee Doodle Road
> Suite 210
> Eagan, MN 55121
> (952) 831-4060
> logsecf@logs.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: | CASE NO. 25-31993 |
| David Arthur Roth a/k/a Dave Roth | CHAPTER 13 |
| DEBTOR | |

**CERTIFICATE OF SERVICE**

  The undersigned declares under penalty of perjury, that on November 26, 2025, I mailed U.S. Mail and CM/ECF emailed copies of the Withdrawal of Notice of Hearing and Motion for Objection to Confirmation of Chapter 13 Plan upon the following interested parties at their last known address:

Served Via U.S. Mail

David Arthur Roth a/k/a Dave Roth
11477 Halstead Trail
Woodbury, MN 55129


Additional Copy(s) served electronically through the Court's ECF System or by first class U.S. mail postage addressed to:

Margaret R. Henehan, Kain & Henehan LLC
808 West St. Germain St.
P.O. Box 1537
St. Cloud, MN 56302

Gregory A Burrell
100 South Fifth Street
Suite 480
Minneapolis, MN 55402

US Trustee
1015 US Courthouse
300 S 4th Street
Minneapolis, MN 55415

/s/ Alice Cruzado