UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:  Case No. 25-31993
Chapter 13

David Arthur Roth,

***ORDER TERMINATING***
Debtor.  ***AUTOMATIC STAY***

---

This matter came before the Court on the affidavit of default by creditor AmeriCredit Financial Services, Inc. dba GM Financial requesting relief from the automatic stay of 11 U.S.C. § 362(a). The creditor first moved for relief from stay on October 29, 2025. The creditor then made an agreement with the debtor for cure terms, then incorporated into an agreed order denying the creditor's motion entered on November 13, 2025. The cure order provided that any future uncured default by the debtor entitled the creditor to seek relief from stay by affidavit establishing the default and the debtor's failure to cure after ten-days' written notice. Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

**IT IS ORDERED:**

1. The request for relief from stay is granted.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

    2021 Chevrolet Tahoe, VIN:  1GNSKNKD1MR467131

3. Notwithstanding Fed R. Bankr. P. 4001(a)(4), this order is effective immediately.

Dated: *December 15, 2025*

s/ Mychal A. Bruggeman
_____
Mychal A Bruggeman
United States Bankruptcy Judge